UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 JUL 17 A 10: 46

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

| | | |
|---|---|---|
| BUSINESS LENDERS, LLC | * | |
| PLAINTIFF | * | |
| v. | * | |
| DAMON Z. BELLAMY-BEY | * | CIVIL ACTION NO.  L-02-CV2092 |
| AND | * | |
| Z'LACOD, INC. T/A PEACHTREE II CAR WASH | * | |
| DEFENDANTS | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon the *Motion of Business Lenders, LLC to Substitute Photocopies for Original Documents* (the "Motion"), and any response thereto, the Court having read and considered the same, and the Court having determined that relief requested should be granted, it is hereby:

**ORDERED** that the photocopied SBA Note filed in support of Plaintiff's Complaint for Confessed Judgment, attached to the Complaint as Exhibit A and filed with the Motion, may be accepted in lieu of original document, with the same force and effect as if original document had been submitted.

_Benson Legg_  7/16/02
JUDGE, UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND, NORTHERN DIVISION

cc:
(continued on following page)

\\server\common\CASE\Business Lenders, LLC\Peachtree II Carwash\Pleadings\Motion to Substitute Photocopies v1.doc

Jeremy S. Friedberg
Andrew L. Cole
Leitess, Leitess & Friedberg, P.C.
25 Hooks Lane, Suite 302
Baltimore, MD 21208

Damon Z. Bellamy-Bey
3824 Evergreen Avenue
Baltimore, Maryland 21206

Z'Lacod, Inc.
T/A Peachtree II Car Wash
1817 Laurens Street
Baltimore, Maryland 21217