IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JEREMY S. FRIEDBERG, et al.  
 as Substitute Trustees

v.   :   CIVIL NO. L02-2092

DAMON Z. BELLAMY-BEY, et al.

### ORDER

Plaintiffs have filed a motion for a Temporary Restraining Order ("TRO") to prevent the Defendants from removing any property and assets from the Peachtree Carwash II. Plaintiffs' counsel have orally advised Chambers that they intend to broaden their motion by requesting that the Defendants promptly return assets and property taken from the premises.

The Court will hold a hearing on Plaintiff's motion for a TRO at 2:00 p.m. on Friday, November 1st in:

> Courtroom 3D
> U.S. Courthouse
> 101 W. Lombard St.
> Baltimore, MD, 21201

Plaintiffs' counsel shall make REASONABLE EFFORTS to NOTIFY the Defendants of the hearing by (i) telephoning them at any known business and/or residence or (ii) delivering a copy of this order to them.

It is so ORDERED this 31st day of October, 2002.

Benson Everett Legg
United States District Judge