UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND (BALTIMORE DIVISION)

JEREMY S. FRIEDBERG AND
ANDREW L. COLE, SUBSTITUTE TRUSTEES,

          PLAINTIFFS,

V.                                   CIVIL ACTION NO.   <u>L-02-CV2092</u>

DAMON Z. BELLAMY-BEY, *et al.*,

          DEFENDANTS.

\* \* \* \* \* \* \* \* \* \* \* \*

**TEMPORARY RESTRAINING ORDER AND
PRELIMINARY INJUNCTION 1) ENJOINING DEFENDANTS FROM
TRANSFERRING OR REMOVING ASSETS FROM 1817 LAURENS STREET, BALTIMORE,
MARYLAND, 2) COMPELLING DEFENDANTS TO RETURN ALL PROPERTY AND ASSETS
TRANSFERRED OR REMOVED FROM 1817 LAURENS STREET, BALTIMORE, MARYLAND,
3) DIRECTING THE UNITED STATES MARSHAL TO SEIZE AND DELIVER PROPERTY
TO THE SUBSTITUTE TRUSTEES' AUTHORIZED AGENT, AND 4) COMPELLING
THE DEFENDANTS TO APPEAR FOR A HEARING TO SHOW CAUSE WHY
THEY SHOULD NOT BE HELD IN CONTEMPT FOR INTERFERING WITH THE LAWFUL
EXECUTION OF AN ORDER AND JUDGMENT OF THIS COURT**

Upon consideration of the *Motion of Business Lenders L.L.C. for a Temporary Restraining Order and Preliminary Injunction Enjoining Defendants from Transferring Assets*, and upon the evidence and arguments presented at a hearing conducted on November 1, 2002 at 2:00 p.m., this Court hereby:

FINDS, from a review of the record of this case and evidence presented by the substitute trustees herein, that Business Lenders L.L.C. holds a perfected, first priority security interest in the real and personal property located at 1817 Laurens Street, Baltimore, Maryland 21217 (the "Property"); and further

FINDS, from a review of the record of this case and evidence presented by the substitute trustees herein, that the substitute trustees were authorized by the documents



evidencing obligations owed by Peachtree II Car Wash, Inc. to Business Lenders L.L.C. to foreclose upon and sell the Property upon that company's default. Peachtree II Car Wash, Inc. and defendant Damon Z. Bellamy-Bey are judgment debtors in this case pursuant to a confessed judgment that became final on August 31, 2002; and further

FINDS that the substitute trustees conducted a foreclosure sale of the Property at 101 W. Lombard Street, Baltimore, Maryland 21201 at 11:05 a.m. EST on October 31, 2002, at which sale Business Lenders L.L.C. purchased the Property, and that equitable title to the Property passed to Business Lenders L.L.C. at that time; and further

FINDS from a review of the record of this case and evidence presented by the substitute trustees herein, that Defendants, their officers, agents, servants, employees and persons in active concert or participation with them have removed, secreted, transferred, alienated, pledged or otherwise impaired the Property and assets of Business Lenders L.L.C., and/or assets in which Business Lenders L.L.C. holds a perfected, first priority security interest; and further

FINDS that this Court's assistance is required to enforce and protect the rights of the substitute trustees and Business Lenders L.L.C. to the Property and related assets; and further

FINDS that the substitute trustees and Business Lenders L.L.C. will suffer immediate and irreparable harm if a temporary restraining order does not issue, and that such impairment would include that the Defendants may dissipate the Property and assets owned by and/or subject to the perfected, first priority security interest of Business Lenders L.L.C., thereby permanently depriving Business Lenders L.L.C. of its property and preventing the substitute trustees from discharging their obligations.

Accordingly, the relief requested appearing appropriate under the circumstances and sufficient cause having been shown to support the issuance of a temporary restraining order, it is hereby:

ORDERED that the Defendants, their officers, agents, servants, employees and attorneys and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, are temporarily restrained from removing, transferring, alienating, pledging or otherwise impairing the Property and any assets in which Business Lenders, L.L.C. has any direct or indirect interest, whether as secured party, judgment creditor or equitable owner through foreclosure; and it is further,

ORDERED that the Defendants shall immediately return all Property (described above) to the authorized agent for Business Lenders, L.L.C., Charles V. Lewis and Metro Recovery, Ltd. The Defendants shall immediately contact the substitute trustees to arrange for delivery of the Property, at the Defendants expense, which delivery shall occur at a location determined by the substitute trustees and be completed no later than 4:00 p.m. EST on November 6, 2002; and it is further

ORDERED that the United States Marshal shall assist in the enforcement of this Order, the Writ of Execution and the Order for Sale of the Property by seizing and delivering to the substitute trustees and Business Lenders L.L.C. or their authorized agent, the Property, complete with all appurtenances, parts, additions, substitutions, attachments, replacements, and accessions thereof, wherever found, plus the proceeds thereof, and that the United States Marshal shall make a return ~~within ten (10) days from the date hereof.~~ *as soon as practicable.*

3

ORDERED that Business Lenders L.L.C. shall give security in the amount of $1,000; and it is further

ORDERED that this Order shall expire ten (10) days from the date hereof unless extended or converted to a preliminary injunction as provided by applicable law; and it is further

ORDERED that Business Lenders, LLC shall provide a copy of this Order to each Defendant by sending copies to those parties at the following addresses:

Damon Z. Bellamy-Bey
3824 Evergreen Avenue
Baltimore, Maryland 21206

and

Z'Lacod, Inc.
T/A Peachtree II Car Wash
c/o Damon Z. Bellamy-Bey
1817 Laurens Street
Baltimore, Maryland 21217

and on its resident agent:

> Damon Z. Bellamy-Bey
> 3824 Evergreen Avenue
> Baltimore, Maryland 21206

*via* first class mail, postage prepaid, within five (5) business days from the date of entry of this Order; and it is further,

ORDERED that the substitute trustees and Defendants shall appear before this Court at a hearing on the request of Business Lenders, LLC for entry of a preliminary injunction on November 20TH, 2002 at 4:30 a.m./p.m. in Courtroom 3D of the United States District Court for the District of Maryland (Baltimore Division) located at 101 West Lombard Street, Baltimore, Maryland; and it is further

ORDERED that the Defendants shall show cause at the hearing why they should not be found in contempt for interfering with the lawful execution upon a judgment

4

issued by this Court by removing, transferring, alienating, pledging or otherwise impairing the Property.

Entered this 1st day of November, 2002 at  3:25  o'clock p.m.

_____
Benson E. Legg
JUDGE, UNITED STATES DISTRICT COURT

cc:

Jeremy S. Friedberg, Esquire
Andrew L. Cole, Esquire
Leitess, Leitess & Friedberg, P.C.
25 Hooks Lane, Suite 302
Baltimore, MD 21208

Damon Z. Bellamy-Bey
3824 Evergreen Avenue
Baltimore, Maryland 21206

and

Z'Lacod, Inc.
T/A Peachtree II Car Wash
c/o Damon Z. Bellamy-Bey
1817 Laurens Street
Baltimore, Maryland 21217

and on its resident agent:

> Damon Z. Bellamy-Bey
> 3824 Evergreen Avenue
> Baltimore, Maryland 21206