UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)

| | | |
|---|---|---|
| BUSINESS LENDERS, LLC | * | |
| PLAINTIFF, | * | |
| V. | * | CASE NO.: L 02 CV 2092 |
| DAMON Z. BELLAMY-BEY ET AL. | * | |
| DEFENDANTS. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### LINE REQUESTING APPOINTMENT OF AUDITOR

Jeremy S. Friedberg and Andrew L. Cole, Substitute Trustees, pursuant to MD Rule 2-543, respectfully request that the Court appoint an Auditor to state a final account pursuant to Maryland Rule 14-305(f).

      /s/ Jeremy S. Friedberg
Jeremy S. Friedberg, Substitute Trustee
Andrew L. Cole, Substitute Trustee
Leitess, Leitess & Friedberg, P.C.
25 Hooks Lane, Suite 302
Baltimore, Maryland 21208
(410) 486-2600
(410) 486-8438 (Facsimile)

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on this 10th day of July, 2003, a copy of the foregoing was sent *via* first class mail, postage prepaid, to:

Damon Z. Bellamy-Bey
3824 Evergreen Avenue
Baltimore, MD  21206

Z'Lacod, Inc.
T/A Peachtree II Car Wash
c/o Damon Z. Bellamy-Bey
1817 Laurens Street
Baltimore, MD  21207

      /s/ Jeremy S. Friedberg
Jeremy S. Friedberg