# LEITESS, LEITESS & FRIEDBERG, P.C.

Attorneys at Law

EARL F. LEITESS (MD)
STEVEN N. LEITESS (MD,DC)
JEREMY S. FRIEDBERG (MD,VA, DC)
TAMMY C. DRESCHER (MD,VA, DC)
ANDREW L. COLE (MD,VA, FL)
GORDON S. YOUNG (MD,PA, DC)
G. DAVID DEAN (MD, VA, DC)

STEPHEN M. FRIEDBERG (NY, FL)
WENDELL FINNER (MD,DC,VA, FL)
    *Of Counsel*

CHARLES E. GREENE, II
CLARE BRENNAN
PARALEGALS

*Writer's Direct Dial*
410.486.2603

*Writer's e-mail Address*
jeremy.friedberg@ll-f.com

August 13, 2003

PLEASE REPLY TO:
MARYLAND OFFICE

The Honorable Benson E. Legg
United States District Court Judge
United States District Court
  for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

  Re: *Business Lenders, LLC v. Damon Z. Bellamy-Bey, et al.*
     *Case No.: L-02-CV-2092; Our File No.: 423.004*
    *Business Lenders, LLC v. Statesman, Inc., et al.*
     *Case No.: L 02-2931; Our File No. 423.005*

Dear Judge Legg:

  We write in response to your Letter Order dated July 30, 2003, requesting that Business Lenders, LLC ("Business Lenders") address four issues related to the Court's appointment of an auditor. Business Lenders addresses the four points as follows:

  **(i) whether Business Lenders is willing to bear the costs of an auditor.**

  Business Lenders is willing to bear the costs of an auditor in each of these cases.

  **(ii) a short list of auditors previously employed by the Circuit Court of Maryland for Baltimore City;**

  The standing auditors for the Circuit Court for Baltimore City are:

  Donald L. Allewalt, Esq.

\\law\server\common\case\business lenders, llc\statesman\corres\legg ltr 01a.doc
8/13/2003:5:22 PM

SUITE 302
25 HOOKS LANE
BALTIMORE, MD 21208-1302
TELEPHONE 410.486.2600
TELECOPIER 410.486.8438

WORLD WIDE WEB
http://www.ll-f.com

218 NORTH LEE STREET
THIRD FLOOR
ALEXANDRIA, VA 22314-2631
TELEPHONE 703.684.8800
TELECOPIER 703.684.8801

Judge Benson E. Legg  
August 13, 2003  
Page 2

LEITESS, LEITESS & FRIEDBERG, P.C.

    805 N. Calvert Street  
    Baltimore, Maryland 21202  
    (410) 727-6205

and

    Samuel S. Field, III, Esq.  
    401 E. Pratt Street, Suite 444  
    Baltimore, Maryland 21202  
    (410) 837-1140

    Business Lenders has been involved in at least one other case in this Court in which the Court appointed an auditor to state a foreclosure account, that case is <u>Business Lenders, LLC v. The Carter Group</u>, *et al.*, Case No. AMD99-2795. In that case, the Court appointed the standing auditor for Anne Arundel County, John Newell, Esq. Mr. Newell has expressed his willingness to participate in these proceedings should the court appoint him. Mr. Newell's contact information is:

    John D. Newell, Esq.  
    621 Ridgely Avenue, Suite 400  
    P.O. Box 308  
    Annapolis, Maryland 21404  
    (410) 573-2992

    The property foreclosed on in the Business Lenders, LLC v. Statesman, Inc. case is located in Wicomico County, Maryland. The standing auditors for Wicomico County are:

    Paula A. Price, Esq.  
    207 W. Main Street  
    P.O. Box 4519  
    Salisbury, Maryland 21803-4519  
    (410) 860-9798

and

    Lester A. Simpson, Esq.  
    540 Riverside Drive  
    P.O. Box 72  
    Salisbury, Maryland 21803-0072  
    (410) 546-5600

    **(iii)**     **regarding the audit, the proposed purpose, scope, manner, and deadline for the audit, tailored as necessary for each case. <u>See</u> Md. Rule 2-543(b); and**

    The proposed purpose of the audit is to state a final account of the proceeds of sale and their application to costs and expenses of sale, the debt due under the instrument foreclosed on, and any other distribution of the proceeds of sale.

    The proposed scope of the audit is limited to accounting for distribution of the proceeds of sale for each foreclosure.

Judge Benson E. Legg  
August 13, 2003  
Page 3

**LEITESS, LEITESS & FRIEDBERG, P.C.**

Business Lenders proposes conducting the audit as follows:

a.  the Trustees will submit a proposed accounting for the proceeds of each foreclosure sale;

b.  the appointed auditor will review the proposed accounting and state an audit, and send notice of the same, as set forth in Maryland Rule 2-543(e);

Business Lenders proposes that each audit be stated no later than 30 days after the auditor receives the proposed accounting from the Trustees.

The Trustees anticipate submitting a proposed accounting to the auditor in Business Lenders v. Statesman, Inc., *et al.* shortly after entry of an order appointing an auditor.

The Trustees anticipate submitting a proposed accounting to the auditor in Business Lenders v. Damon Z. Bellamy-Bey, *et al.* shortly after entry of an order ratifying that foreclosure sale. The ratification process in that case was by stayed by Damon Z. Bellamy-Bey's Chapter 13 bankruptcy case, Case No. 03-55645 ESD, however, Business Lenders was granted relief from the automatic stay to complete this foreclosure.

**(iv)    a proposed order providing for the appointment of an auditor in each case.**

A proposed order is attached to the copy of this letter filed in each of the respective cases.

Sincerely,

**LEITESS, LEITESS & FRIEDBERG, P.C.**

By:    /s/ Jeremy S. Friedberg  
Jeremy S. Friedberg

JSF:me  
enclosure  
cc:    Statesman, Inc.  
       Z'Lacod, Inc.  
       Damon Z. Bellamy-Bey

\\law\server\common\case\business lenders, llc\statesman\corres\legg ltr 01a.doc