**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)**

| | | |
|---|---|---|
| **BUSINESS LENDERS, LLC** | * | |
| **PLAINTIFF,** | * | |
| V. | * | **CASE NO.: L 02 CV 2092** |
| **DAMON Z. BELLAMY-BEY ET AL.** | * | |
| **DEFENDANTS.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**LINE SUBMITTING CERTIFICATE OF PUBLICATION**

Jeremy S. Friedberg and Andrew L. Cole, Substitute Trustees submit that the Notice of Sale issued by this Court was published in accordance with MD RULE 14-305(c), as set forth in the attached certificate of publication.

    /s/ Jeremy S. Friedberg
Jeremy S. Friedberg, Substitute Trustee
Andrew L. Cole, Substitute Trustee
Leitess, Leitess & Friedberg, P.C.
25 Hooks Lane, Suite 302
Baltimore, Maryland 21208
(410) 486-2600
(410) 486-8438 (Facsimile)

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY**, that on this 23rd day of September, 2003, a copy of Line Submitting Certificate Of Publication was sent *via* first class mail, postage prepaid, to:

Damon Z. Bellamy-Bey
3824 Evergreen Avenue
Baltimore, MD  21206

Z'Lacod, Inc.
T/A Peachtree II Car Wash
c/o Damon Z. Bellamy-Bey
1817 Laurens Street
Baltimore, MD  21207

Damon Z. Bellamy- Bey
P.O. Box 11735
Baltimore, MD  21206

　　　　　　　　　　　　　　　　　　　　/s/ Jeremy S. Friedberg
　　　　　　　　　　　　　　　　　　　　Jeremy S. Friedberg