# THE DAILY RECORD

Baltimore, September 19, 2003

Civil Action #L-02-CV2092 - JEREMY S. FRIEDBERG and ANDREW L. COLE, Substitute Trustees v. DAMON Z. BELLAMY-BEY, et al.

Inv:# 30304191

We hereby certify that the annexed advertisement of Order Nisi Circuit Court of Baltimore City case of Civil Action #L-02-CV2092 - JEREMY S. FRIEDBERG and ANDREW L. COLE, Substitute Trustees v. DAMON Z. BELLAMY-BEY, et al. was published in THE DAILY RECORD, a daily newspaper published in the City of Baltimore, once in each of 3 successive week before the 19th day of September, 2003.

First insertion September 5, 2003

THE DAILY RECORD COMPANY

Per _____

---

Jeremy S. Friedberg, Attorney,
Andrew L. Cole, Attorney,
Leitess, Leitess & Friedberg, P.C.,
25 Hooks Lane, Suite 302,
Baltimore, MD 21208-1302
(410) 486-2600.
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION) - Civil Action No. L-02-CV2092 - JEREMY S. FRIEDBERG AND ANDREW L. COLE, SUBSTITUTE TRUSTEES, PLAINTIFFS v. DAMON Z. BELLAMY-BEY, et al., DEFENDANTS

**NOTICE OF SALE**

Notice is hereby issued pursuant to Maryland Rule 14-305(c) by the United States District Court for the District of Maryland, that the sale of the property known as 1817 Laurens Street, Baltimore, Maryland 21217 and mentioned in these proceedings, made and reported by Jeremy S. Friedberg and Andrew L. Cole, Substitute Trustees, be ratified and confirmed, unless cause to the contrary thereof be shown on or before the date thirty days after the date hereof (provided, a copy of this notice be inserted in a newspaper published in said county, once in each of three successive weeks, before the expiration of 30 days from the date hereof).

The Report of Sale states the amount of the sale to be $220,000.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Dated: August 28, 2003    BY: S. FRANKE,
s5,12,19                                Clerk.