# LEITESS, LEITESS & FRIEDBERG, P.C.

Attorneys at Law

---

EARL F. LEITESS (MD)
STEVEN N. LEITESS (MD,DC)
JEREMY S. FRIEDBERG (MD,VA, DC)
TAMMY D. DRESCHER (MD,VA, DC)
MICHAEL J. LENTZ (MD)
ANDREW L. COLE (MD,FL)

STEPHEN M. FRIEDBERG (NY, FL)
WENDELL FINNER (MD,DC, VA, FL)
  OF COUNSEL

CHARLES E. GREENE, II
*PARALEGAL*

*Writer's Direct Dial*
410.486.2603

October 16, 2003

PLEASE REPLY TO:
MARYLAND OFFICE

*Writer's e-mail Address*
jfriedberg@ll-f.com

The Honorable Benson Legg
United States District Court Judge
United States District Court
  for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

>   Re:   *Business Lenders, LLC v. Damon Z. Bellamy-Bey, et al.*
>         Case No.: L-02-CV-2092; Our File No.: 423.004

Dear Judge Legg:

Business Lenders, LLC ("Business Lenders") filed its response to defendant Damon Z. Bellamy-Bey's exceptions to the foreclosure sale (the "Exceptions") on August 27, 2003 and filed the certificate of publication for the *Order Nisi* on September 23, 2003. Business Lenders submits that all prerequisites to ratification of the foreclosure sale have occurred, with the exception of a ruling on the Exceptions. Business Lenders respectfully requests that the court overrule the Exceptions and enter an order ratifying the foreclosure sale. A proposed ratification order is attached.

Sincerely,

**LEITESS, LEITESS & FRIEDBERG, P.C.**

By:   /s/ Jeremy S. Friedberg
      Jeremy S. Friedberg

JSF:alc
attachment
cc:   Damon Z. Bellamy-Bey
      Z'Lacod, Inc.

\\law\server\common\case\business lenders, llc\peachtree ii carwash\corres\legg ltr 04.doc
10/16/2003;3:11 PM

---

SUITE 302
25 HOOKS LANE
BALTIMORE, MD 21208-1302
TELEPHONE 410.486.2600
TELECOPIER 410.486.8438

WORLD WIDE WEB
http://www.ll-f.com

218 NORTH LEE STREET
THIRD FLOOR
ALEXANDRIA, VA 22314-2631
TELEPHONE 703.684.8800
TELECOPIER 703.684.8801