UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND (BALTIMORE DIVISION)

| | | |
|---|---|---|
| **BUSINESS LENDERS, LLC** | * | |
| **PLAINTIFF,** | * | |
| **V.** | * | **CASE NO.: L 02 CV 2092** |
| **DAMON Z. BELLAMY-BEY** *et al.* | * | |
| **DEFENDANTS.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## FINAL ORDER RATIFYING SALE

It is ORDERED by the United States District Court for the District of Maryland that the sale made on October 31, 2002, and reported by the Trustee on November 4, 2002 for 1817 Laurens Street, Baltimore, Maryland 21217, be and the same is hereby finally ratified and confirmed, no cause to the contrary having been shown, although due notice appears to have been given, and the Trustee is allowed the usual commissions and such proper expenses as he shall produce vouchers to the Auditor.

Date: _____        _____
                                    JUDGE, UNITED STATES DISTRICT COURT
                                       FOR THE DISTRICT OF MARYLAND

cc:

Jeremy S. Friedberg, Esquire
Andrew L. Cole, Esquire
Leitess, Leitess & Friedberg, P.A.
25 Hooks Lane, Suite 302
Baltimore, MD 21208

(continued on following page)

\\law\server\common\CASE\Business Lenders, LLC\Peachtree II Carwash\Pleadings\Ratification Order v1.doc

Damon Z. Bellamy-Bey
3824 Evergreen Avenue
Baltimore, MD  21206

Damon Z. Bellamy- Bey
P.O. Box 11735
Baltimore, MD  21206

Z'Lacod, Inc.
T/A Peachtree II Car Wash
 c/o Damon Z. Bellamy-Bey
1817 Laurens Street
Baltimore, MD  21207