UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)

| | | |
|---|---|---|
| BUSINESS LENDERS, LLC | * | |
| PLAINTIFF, | * | |
| V. | * | CASE NO.: L 02 CV 2092 |
| DAMON Z. BELLAMY-BEY *et al.* | * | |
| DEFENDANTS. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING REQUEST FOR EMERGENCY HEARING AND/OR RULING

The Court, having read and considered the *Motion of Business Lenders, L.L.C. for Emergency Hearing and/or Ruling on Exceptions to Ratification and for Ratification of Foreclosure Sale* (the "Motion") and any opposition thereto, for good cause shown, it is hereby:

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, that the foreclosure sale reported by trustees Jeremy S. Friedberg and Andrew L. Cole on November 4, 2003, is hereby ratified.

DATED:_____                    _____
                                              JUDGE, UNITED STATES DISTRICT COURT
                                              FOR THE DISTRICT OF MARYLAND

**(Service List on Following Page)**

**Service List**:

Jeremy S. Friedberg, Esquire
Andrew L. Cole, Esquire
Leitess, Leitess & Friedberg, P.C.
25 Hooks Lane, Suite 302
Baltimore, Maryland 21208-1302

Damon Z. Bellamy-Bey
3824 Evergreen Avenue
Baltimore, Maryland 21206

Z'Lacod, Inc.
 *t/a* Peachtree II Car Wash
 c/o Damon Z. Bellamy-Bey
3824 Evergreen Avenue
Baltimore, Maryland 21206