IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BUSINESS LENDERS, LLC              2004 JAN 12  P. 2 15

v.                                     MORE             CIVIL NO. L-02-2092

DAMON Z. BELLAMY-BEY, ET AL.        BEP

## ORDER

Now pending before the Court is Damon Bellamy-Bey's Exception to Foreclosure Sale. For the reasons stated in the Memorandum Opinion of even date, the Court hereby

    (i)    DENIES Business Lenders's Motion for Emergency Hearing [Docket No. 46];

           DENIES Bellamy-Bey's Exception to Foreclosure Sale [Docket No. 47]; and

           RATIFIES the foreclosure sale.

It is so ORDERED this 9TH day of January, 2004

                                                      Benson Everett Legg
                                                      Chief Judge