UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)

JEREMY S. FRIEDBERG AND
ANDREW L. COLE, SUBSTITUTE TRUSTEES

PLAINTIFFS,

v.

DAMON Z. BELLAMY-BEY, et al.
DEFENDANTS.

CIVIL ACTION NO.   L-02-CV2092

* * * * * * * * *   * * *

## ORDER APPOINTING AUDITOR

It is **ORDERED**, by the United States District Court for the District of Maryland, that _John D. Newell, Esq._ ("Auditor") is hereby appointed special auditor pursuant to Maryland Rule 2-543, for the purpose of stating an account for distribution of foreclosure sale proceeds from the sale made on October 31, 2002 (the "Foreclosure Sale"), and reported by the Trustees, Jeremy S. Friedberg, Esq. and Andrew L. Cole, Esq. (collectively the "Trustees"), of real property known as 1817 Laurens Street, Baltimore, Maryland; and it is further

**ORDERED**, that the Trustees shall, within 30 days after entry of an order ratifying the Foreclosure Sale, submit a proposed accounting (the "Proposed Accounting") to the Auditor; and it is further

**ORDERED**, that the Auditor shall, within 30 days after his/her receipt of the Proposed Accounting, state his/her account to this Court.

Date: _January 9th, 2004_      _Benson E. Legg_
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

cc:

Jeremy S. Friedberg, Esquire
Andrew L. Cole, Esquire
Leitess, Leitess & Friedberg, P.A.
25 Hooks Lane, Suite 302
Baltimore, MD 21208

Damon Z. Bellamy-Bey
3824 Evergreen Avenue
Baltimore, Maryland 21206

Z'Lacod, Inc. *t/a* Peachtree II Car Wash
c/o Damon Z. Bellamy-Bey
3824 Evergreen Avenue
Baltimore, Maryland 21206