**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)**

| | | |
|---|---|---|
| **BUSINESS LENDERS, LLC** | * | |
| **PLAINTIFF,** | * | |
| v. | * | **CASE NO.: L 02 CV 2092** |
| **DAMON Z. BELLAMY-BEY** *et al.* | * | |
| **DEFENDANTS.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**SUGGESTED ACCOUNT**

Date Ratification of Sale Entered: January 12, 2004

| | Debit | Credit |
|---|---|---|
| Proceeds of Sale made as reported: | | $220,000.00 |
| | | |
| Applied To: | | |
| | | |
| Filing Fee: | $150.00 | |
| Auditor's Fee: | $350.00 | |
| Advertising Costs: | $2,165.12 | |
| Bond Premium: | $1,400.00 | |
| Title Search: | $123.75 | |
| Auctioneer's Fee: | $350.00 | |
| Misc. Property Preservation Fees (Metro Recovery): | $1,796.30 | |
| Trustee's Commissions: | $11,000.00 | |
| Attorney's Fees (including bankruptcy): | $33,110.00 | |
| | | |
| Totals: | $50,445.17 | $220,000.00 |
| | | |
| **Balance of Proceeds of Sale:** | | **$169,554.83** |
| Claim of Noteholder: | | |
|     Principal Balance: | | $296,521.36 |
|     Interest accrued through May 22, 2002 | | $1,875.52 |
|     Interest accrued from May 22, 2002 through | | |
|       January 15, 2004 ($60.93 per diem) | | $36,740.79 |
|     Late charges (to date of acceleration): | | $224.00 |
| **Total Claim:** | | **$335,361.67** |
| | | |
| **Application of Proceeds of Sale to Noteholder** | | **$169,554.83** |
|     Resulting in a deficiency of: | | $165,806.84 |

The undersigned Trustees, state that they have examined all appropriate public records and based on said examination, together with any other knowledge which they may have acquired from any source whatever, believe the distribution of funds should be authorized as set forth in this suggested account.

        /s/ Jeremy S. Friedberg
Jeremy S. Friedberg

        /s/ Andrew L. Cole
Andrew L. Cole



**HARBOR CITY RESEARCH, INC.**
P.O. BOX 86
BALTIMORE, MARYLAND 21203
(410) 539-0400
(800) 445-6029

TO: LEITESS, LEITESS & FRIEDBERG
Attn: MARIE BERKNER
25 HOOKS LANE
SUITE 302
BALTIMORE, MD 21208

INVOICE No.   445792

FILES CURRENT THROUGH: May 31, 2002
JURISDICTION: CLERK OF CIRCUIT COURT, BALTIMORE CITY, MD
TYPE OF SEARCH CONDUCTED: PROPERTY & JUDGMENT REPORT.

ORDER No.   L-175947
INVOICE DATE   6/20/02
ACCOUNT No.   46475
REF # 423.004

RE: DAMON Z. BELLAMY-BEY
1817 LAURENS ST.
BALTIMORE, MD

SEE ATTACHED REPORT FOR INFORMATION.

SERVICE FEE:   $ 100.00
COPIES:   $ 23.75
DISBURSEMENTS:   $ _____
OTHER:
_____   $ _____

TOTAL:   $ 123.75

HARBOR\MICHELLE

NOTE: Although we provide the most accurate and current information possible, our results are based on the responsibility of the filing officer. Please judge this information accordingly, as we accept no liability for errors or omissions.

PLEASE RETURN THIS PORTION WITH REMITTANCE

REMIT TO: HARBOR CITY RESEARCH, INC.
P.O. BOX 86
BALTIMORE, MD 21203

TO: LEITESS, LEITESS & FRIEDBERG
Attn: MARIE BERKNER
25 HOOKS LANE
SUITE 302
BALTIMORE, MD 21208

ACCOUNT No.   4647
INVOICE No.   445792
INVOICE DATE   6/20/02
ORDER No.   L-175947
REF # 423.004

TOTAL DUE:   $   123.75



have been permanently installed as part of the realty), and all improvements now or hereafter existing thereon; the hereditaments and appurtenances and all other rights thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, and the rents, issues, and profits of the above described property. To have and to hold the same unto the trustee, and the successors in interest of the Trustee, forever, in fee simple or such other estate, if any, as is stated herein in trust, to secure the payment of a promissory note of this date, in the principal sum of $300,000.00 signed by Grantor as Borrower with co-maker Z'Lacod, Inc. dba Peachtree II Car Wash on even date herewith.

The maturity date of the note is January 10, 2026.



**THE OHIO CASUALTY INSURANCE COMPANY**
HAMILTON, OHIO

APPLICATION
FOR
COURT BOND

(Do not use this form for bonds on Fiduciaries in Probate or Insolvency Proceedings)

Agent ................................................................ Location ................................................. 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 (JSF)
1. Name of Applicant Jeremy S. Friedberg, Esq. & Andrew L. Cole, Esq.    Social Security No. 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 (ALC)
   Address 25 Hooks Lane, Suite 302, Baltimore, MD 21208
2. If Applicant is a co-partnership, give names and addresses of partners: ...................................................
   ...........................................................................................................................
3. If a Corporation, in what State incorporated? ....................................... Date of incorporation? ................
4. Character of Applicant's business? Attorneys .......................................... Federal I.D. No. ...................
5. How long in business? 10 years
6. Amount of bond $ 350,000.00 .................... Type of Bond Foreclosure
                                                              (Attachment, Replevin, Appeal, etc.)
7. Title of Case Jeremy S. Friedberg & Andrew L. Cole, Substitute Trustees v. Damon Z. Bellamy-Bey
                                   (Plaintiff)                                              (Defendant)
8. Name of Court United States District Court for the District of Maryland
   Location Baltimore, Maryland                      Case Number L-02-cv-2092
9. Grounds on which suit is based (explain fully or attach copies of pleadings) Default under note secured by Deed Of Trust.
   ...........................................................................................................................
   ...........................................................................................................................
   ...........................................................................................................................
10. Amount of judgment or claim $ 346,688.01 .................... Property attached or replevined 1817 Laurens Street,
    Baltimore, Maryland 21217
11. Name and address of Attorney Jeremy S. Friedberg, Esq. and Andrew L. Cole, Esq.
    Leitess, Leitess & Friedberg, P.C., 25 Hooks Lane, Baltimore, MD 21208
12. Have you applied to any other Company for this bond? No ................ If so, give full particulars ......................
    ...........................................................................................................................

The applicant and indemnitor(s), if any, agree to pay $1,400.00 the Company's usual premium for this bond, in advance, and the same amount annually thereafter, in advance, so long as the bond, or any new bond, or any renewal thereof, or substitute therefor, shall continue in force, and until there shall have been furnished to the Surety competent, written, legal evidence of its discharge and release from any and all liability upon said bond.

Form S-116a — UNI/PAK                    **COMPLETE ON REVERSE SIDE**                    Copyright 1988, Ohio Casualty Ins. Co.

13. Please complete in detail the following statement of your assets and liabilities, specifying as of what date the statement is made: (as of) .................... ............................... 19......

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand (not in bank) | $............... | Accounts Payable (due in 30 to 60 days) | $............... |
| Cash in following banks: | | Accounts Payable, past due | $............... |
| ............................... | $............... | Loans from Banks: | |
| ............................... | $............... | When due       How secured | |
| ............................... | $............... | ............................... | $............... |
| Government Bonds | $............... | ............................... | $............... |
| Other securities (market value): | | Notes Payable (not to banks): | |
| | | When due       How secured | |
| ............................... | $............... | ............................... | $............... |
| ............................... | $............... | ............................... | $............... |
| Accounts Receivable due in 30 to 60 days | $............... | | |
| Accounts Receivable, past due | $............... | Chattel Mortgages (describe): | |
| Notes Receivable | $............... | ............................... | $............... |
| Merchandise on hand | $............... | ............................... | $............... |
| Real Estate in MY name: | | Mortgages on Real Estate: | |
| Description and location | | 1. ............................... | $............... |
| 1. ............................... | $............... | 2. ............................... | $............... |
| 2. ............................... | $............... | 3. ............................... | $............... |
| 3. ............................... | $............... | Other Liabilities (describe) | |
| Other Assets (describe): | | ............................... | $............... |
| ............................... | $............... | Capital Stock paid in (if a corporation) | $............... |
| | | Surplus or Net Worth | $............... |
| TOTAL ASSETS | $............... | TOTAL LIABILITIES | $............... |

The undersigned applicant (and indemnitors, if any) hereby request The Ohio Casualty Insurance Company (hereinafter referred to as the Company) to become surety for, and furnish such bond or bonds as may now or hereafter be required by or on behalf of the undersigned applicant (the indemnitors, if any, warranting that they have a substantial, material and beneficial interest in the affairs of the applicant and in the transactions in connection with which such bond(s) are required).

The undersigned applicant (and indemnitors, if any) hereby certify that the statements made in the foregoing application, including the financial statement, are true and are made for the purpose of inducing the Company to execute such bond(s), and the undersigned applicant (and indemnitors, if any), in consideration of the Company executing such bond(s), and for value received, do hereby jointly and severally convenant and agree: _caused by Applicants gross negligence or willful misconduct_

(a) to indemnify and save the Company harmless from and against all liability, claims, losses, costs, damages, suits, charges and expenses of whatsoever kind and nature, including reasonable attorneys fees, which the Company shall at any time sustain or incur, for or by reason or in consequence of the Company having become surety on any such bond(s) or any modification, renewal or continuation thereof, or new bond(s) substituted therefor.

(b) to procure, at the request of the Company, the release and discharge of the Company from any further liability under said bond(s), and should the undersigned fail or refuse to do so, the Company shall have the right to proceed in any manner it may see fit to secure or attempt to secure its discharge, and the undersigned applicant (and indemnitors, if any) waive any and all claims against the Company for damages growing out of such proceedings and agree to reimburse the Company for all expenses, including reasonable attorneys fees, which the Company may incur _as set fo[r]th above_

DATED at _Baltimore County_ ... State of _MD_ ......... , this _26_ day of _March_ _2003_ 19......

Witness (or Attest): _[signature]_ Applicant _[signature]_

_[signature] Cheryl Rinehart_ Indemnitor ..............................

NOTE: If Applicant or Indemnitor is a corporation, corporate name must be signed in full, with the officer's name and title on the line below, and the seal of the corporation affixed, properly attested.

Indemnitor ..............................

If a co-partnership, firm name must be signed and each member of firm must sign individually.

**BUSINESS LENDERS, LLC**
Business Lenders LLC

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | 18188 | | | | 18188 |
| MAYER & STEIN | Mayer & Steinberg, Inc. | 017717 | | 3/25/2003 | | | | |
| 016522 | BELLAMY | 3/25/2003 | $1,400.00 | $1,400.00 | $0.00 | $0.00 | | $1,400.00 |
| | | | $1,400.00 | $1,400.00 | $0.00 | $0.00 | | $1,400.00 |

**BUSINESS LENDERS, LLC**
15 LEWIS STREET
HARTFORD, CT 06103

FLEET
94372  GOLDENS BRIDGE OFFICE
GOLDENS BRIDGE, NEW YORK 10526
1-32-219

18188

| DATE | AMOUNT |
|---|---|
| 3/25/2003 | $1,400.00 |

PAY TO THE ORDER OF   One Thousand Four Hundred Dollars And 00 Cents

Mayer & Steinberg, Inc.

⑈018188⑈ ⑆021900325⑆ 94035 30672⑈

# THE DAILY RECORD

Baltimore, September 19, 2003

| | |
|---|---|
| We hereby certify that the annexed advertisement of Order Nisi Circuit Court of Baltimore City case of Civil Action #L-02-CV2092 - JEREMY S. FRIEDBERG and ANDREW L. COLE, Substitute Trustees v. DAMON Z. BELLAMY-BEY, et al. was published in THE DAILY RECORD, a daily newspaper published in the City of Baltimore, once in each of 3 successive week before the 19th day of September, 2003. | Civil Action #L-02-CV2092 - JEREMY S. FRIEDBERG and ANDREW L. COLE, Substitute Trustees v. DAMON Z. BELLAMY-BEY, et al.<br><br>Inv:# 30304191 |

First insertion September 5, 2003

THE DAILY RECORD COMPANY

Per _____

**Jeremy S. Friedberg, Attorney,
Andrew L. Cole, Attorney,
Leitess, Leitess & Friedberg, P.C.,
25 Hooks Lane, Suite 302,
Baltimore, MD 21208-1302
(410) 486-2600**
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION) - Civil Action No. L-02-CV2092 - JEREMY S. FRIEDBERG AND ANDREW L. COLE, SUBSTITUTE TRUSTEES, PLAINTIFFS v. DAMON Z. BELLAMY-BEY, et al. DEFENDANTS
**NOTICE OF SALE**
Notice is hereby issued pursuant to Maryland Rule 14-305(c) by the United States District Court for the District of Maryland, that the sale of the property known as 1817 Laurens Street, Baltimore, Maryland 21217 and mentioned in these proceedings, made and reported by Jeremy S. Friedberg and Andrew L. Cole, Substitute Trustees, be ratified and confirmed, unless cause to the contrary thereof be shown on or before the date thirty days after the date hereof (provided, a copy of this notice be inserted in a newspaper published in said county, once in each of three successive weeks, before the expiration of 30 days from the date hereof).
The Report of Sale states the amount of the sale to be $220,000.
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Dated: August 28, 2003     BY S. FRANKE, Clerk
s5,12,19

# INVOICE                                           NO: 03-015

*Metro Recovery* LTD. * 246 Armstrong Lane * Pasadena * Maryland * 21122
Office  410-247-5137        Fax  410-242-6882

Date: 3/15/03      Date Repoed:              Terms: upon receipt

Sold To: Leitess, Leitess & Friedberg, P.C.
         25 Hooks Lane
         Baltimore MD 2108-1302

Attn:  Andrew L. Cole

Office no: 410-486-4708      Fax no: 410-486-8438

Debtor: Peachtree ll Car Wash    Acct no:
        Damon Z. Bellamy-Bey     Civil Action No: L-02-CV2092

10-31-02  Inspection of car wash facility and court appearance  6.5 hrs.
11-1-02   Affidavit of Charles V. Lewis 1 hr $75.00/hr    $  562.50

3-4-03    Pick-up of removed car wash equipment @ E-Z-Storage facility
          Storage Invoice                          $  568.80
          Truck Rental                                350.00
          Labor    3 hrs   $75.00/hr                  225.00
          Labor (2) helpers  3 hrs  $30.00/hr          90.00

          **TOTAL INVOICE**                        **$ 1,796.30**

---

```
                    EZ STORAGE-GOLDEN RING
                       25 FONTANA LANE
Payment Receipt        BALTIMORE, MD 21237          Date: 03/04/03

MELLON MONETARY FUND
P.O. BOX 18923                         Rent        :   $136.00
BALTIMORE, MD 21206                    Rent Tax    :     0.00
                                       Insurance   :     0.00

Space: 5918                            Monthly Payment:  $136.00

                                  Payment            New
                   Balance        Received           Balance
                   -------        --------           -------
Deposit
Rent               408.00         408.00             0.00
Rent Tax
Insurance
Late Fees          160.80         160.80             0.00
Misc
                   --------       --------           -------
Totals             $568.80        $568.80            $0.00

Received:
Check    $568.80              Manager: /s/

                   Rent Paid-To Date  :  04/01/03
```

*(handwritten annotations:)*

CHECK # 1193

(2) #insan ultimate Systems        misc car wash components
Soap machines                      ceiling fans
Water heater                       Signs
Pressure units                     Refrigerator
Hot water Holding tank             Condoms
Poulan Lawn mower                  Air fresheners

                 Michelle - Pick



**Atlantic Auctions, Inc.**
802 Belair Road • P.O. Box 516
Bel Air, Maryland 21014-0516
Phone 410-803-4160
Fax 410-803-9242
www.atlanticauctions.com

N⁰ 20741

Jeremy S. Friedberg, Esquire
Leitess, Leitess & Friedberg, P.C.
25 Hooks Lane, Suite 302
Baltimore, MD 21208-2600

**INVOICE**
**FOR SERVICE RENDERED**        Control No. 220047 (RWK)            DATE:    October 31, 2002

RE:  Damon Z. Bellamy-Bey Real Property: 1817 Laurens St. 21217
Atlantic Auctions # 220047

| | |
|---|---|
| Legal Advertising: <u>The Daily Record</u> 7/23, 7/30/02 | $    875.60 |
| Legal Advertising: <u>The Daily Record</u> 10/15, 10/22, 10/29/02 | $  1,289.52 |
| *Atlantic Auctions, Inc. receives a 25% discount on legal advertising placed for publication with The Daily Record | |
| Auction Sale Cancellation Fee | $    350.00 |
| **Total Due Atlantic Auctions, Inc.** | $  2,515.12 |
| Federal Tax ID #52-1053802 | |