# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

APR U 2004

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

BUSINESS LENDERS, LLC

      Plaintiff        *    Case No:

                     *    L 02 CV 2092

DAMON Z. BELLAMY-BEY, *et. al.*    *

      Defendants      *

## REPORT OF COURT AUDITOR

     The Auditor reports to the Court that he has examined the proceedings in the above entitled cause, and from them he has stated the within account, and that he has this day given notice of the filing of this account to all parties and persons who have filed a claim to the proceeds of sale herein, in accordance with Maryland Rule 2-543(e).

All of which is respectfully submitted

March 31, 2004

_____
John D. Newell

*1817 Laurens St.*
*Baltimore, MD 21217*

**Proceeds of Sale, October 31, 2002:**                                                     $220,000.00

**Expenses of Sale:**
Clerk of Court                                                          $150.00

Atlantic Auctions, Inc., Auctioneer:                                    $350.00

Ohio Casualty Ins. Co., Bond Premium                                 $1,400.00

Publication costs:
  Advertisement of Sale                                          $2,165.12

Trustee's Commission, per Deed of
  Trust:                                                        $11,000.00

Harbor City Research, title reports:                                   $123.75

Leitess, Leitess & Friedberg, P.C.,
  Counsel fee:                                                   $1,000.00

John D. Newell, Esq., Auditor:                                         $350.00

Miscellaneous advancements:
  Property Preservation Fees:                                    $1,796.30

**Distribution:**
Business Lenders, LLC, Noteholder
  Principal:                          $296,521.36
  Interest to May 22, 2002:            $1,875.52
  Interest, May 22, 2002:
    through date of sale:            $9,870.66
  Late charges:                          $224.00
                          $308,491.54

Balance Subject to Decree *in personam*                               $106,826.71

|                |                |
|----------------|----------------|
| $326,826.71    | $326,826.71    |