**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)**

| | |
|---|---|
| **BUSINESS LENDERS, LLC** | * |
|     **PLAINTIFF,** | * |
| **V.** | *     **CASE NO.:  L 02 CV 2092** |
| **DAMON Z. BELLAMY-BEY** *et al*. | * |
|     **DEFENDANTS.** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER DIRECTING TRUSTEES TO RE-SELL PROPERTY**

The Court has considered the *Motion to Re-Sell Property*, and determined that the relief requested therein appears appropriate under the circumstances, therefore it is:

**ORDERED**, that the foreclosure sale previously ratified by this Court is set aside; and it is further

**ORDERED,** that the Trustees shall re-notice and re-sell real property known as 1817 Laurens Street, Baltimore, Maryland (the "Premises") pursuant to the provisions of Maryland Rule 14-201 *et seq.*

Dated _____              _____
                                                   JUDGE, UNITED STATES DISTRICT COURT
                                                       FOR THE DISTRICT OF MARYLAND

(continued on following page)

cc:

Jeremy S. Friedberg, Esq.
Andrew L. Cole, Esq.
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, Maryland 21117

*Attorneys for Business Lenders, LLC
 and in their capacities as Substitute Trustees*