UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)

| | | |
|---|---|---|
| **BUSINESS LENDERS, LLC** | * | |
|     **PLAINTIFF,** | * | |
| **V.** | * | **CASE NO.:  L 02 CV 2092** |
| **DAMON Z. BELLAMY-BEY** *et al*. | * | |
|     **DEFENDANTS.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CERTIFICATE OF SERVICE**

I hereby certify, that on this 14th day of September, 2005, a copy of the Motion to Re-Sell Property, a proposed order, and this certificate of service, were served, via first class mail, postage pre-paid, upon:

>Damon Z'Lacod Bellamy-Bey
>P.O. Box 11735
>Baltimore, MD 21206

                                                    /s/ Jeremy S. Friedberg
                                             Jeremy S. Friedberg