UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)

| | |
|---|---|
| BUSINESS LENDERS, LLC | * |
|     PLAINTIFF, | * |
| v. | *   CASE NO.: L 02 CV 2092 |
| DAMON Z. BELLAMY-BEY et al. | * |
|     DEFENDANTS. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER DIRECTING TRUSTEES TO RE-SELL PROPERTY**

The Court has considered the *Motion to Re-Sell Property*, and determined that the relief requested therein appears appropriate under the circumstances, therefore it is:

**ORDERED**, that the foreclosure sale previously ratified by this Court is set aside; and it is further

**ORDERED**, that the Trustees shall re-notice and re-sell real property known as 1817 Laurens Street, Baltimore, Maryland (the "Premises") pursuant to the provisions of Maryland Rule 14-201 *et seq.*

Dated Nov. 22, 2005

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BENSON E. LEGG

(continued on following page)

cc:

Jeremy S. Friedberg, Esq.
Andrew L. Cole, Esq.
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, Maryland 21117

*Attorneys for Business Lenders, LLC
  and in their capacities as Substitute Trustees*