**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)**

| | | |
|---|---|---|
| **BUSINESS LENDERS, LLC** | * | |
| **PLAINTIFF,** | * | |
| V. | * | **CASE NO.: L 02 CV 2092** |
| **DAMON Z. BELLAMY-BEY** *et al.* | * | |
| **DEFENDANTS.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**AFFIDAVIT PURSUANT TO MARYLAND RULE 14-206**

I, Andrew L. Cole, Substitute Trustee, hereby affirm under the penalties of perjury that on January 30, 2006, I mailed or caused to be mailed, by Certified and Regular Mail, notice of the time, place and terms of the sale, in the form attached hereto as Exhibit 1, to the Defendant, the Maryland Comptroller, and all parties entitled to notice of the sale under Maryland Rule 14-206, such notice being sent not earlier than 30 days and not later than 10 days before such sale date. Certified mail receipts evidencing said mailing are attached hereto as Exhibit 2. The Internal Revenue Service was notified separately in accordance with its regulations, the return receipt for which is attached hereto as Exhibit 3.

    /s/ Andrew L. Cole
Jeremy S. Friedberg, Bar No. 10638
Andrew L. Cole, Bar No. 14865
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, Maryland 21117
(410) 581-7400
(410) 581-7410 - Fax

*Substitute Trustees and Attorneys for*
 *Business Lenders, LLC*