

**Receipt 1 (top left)** — 7005 1820 0002 8260 4114
- Postage: $.39
- Certified Fee: 2.40
- Return Receipt Fee: 1.85
- Total: $4.64
- Postmark: Owings Mills, MD, JAN 3 0 2006
- Sent To: 10095-0001
  Z'Lacod, Inc
  c/o its Resident Agent
  Damon Z. Bellamy-Bey
  P.O. Box 11735
  Baltimore, Maryland 21206

**Receipt 2 (top right)** — 7005 1820 0002 8260 4122
- Postage: $.39
- Certified Fee: 2.40
- Return Receipt Fee: 1.85
- Total: $4.64
- Postmark: Owings Mills, MD, JAN 3 0 2006
- Sent To: 10095-0001
  Damon Z. Bellamy-Bey
  3824 Evergreen Ave.
  Baltimore, Maryland 21206-3422

**Receipt 3 (middle left)** — 7005 1820 0002 8260 4223
- Postage: $.39
- Certified Fee: 2.40
- Return Receipt Fee: 1.85
- Total: $4.64
- Postmark: Owings Mills, MD, JAN 3 0 2006
- Sent To: 10095-0001
  Director of Finance
  Baltimore City
  Collection Division
  Abel Wolman Municipal Building, Room 1
  200 Holliday Street
  Baltimore, MD 21202

**Receipt 4 (middle right)** — 7005 1820 0002 8260 4146
- Postage: $.39
- Certified Fee: 2.40
- Return Receipt Fee: 1.85
- Total: $4.64
- Postmark: Owings Mills, MD, JAN 3 0 2006
- Sent To: 10095-0001
  Z'Lacod, Inc
  c/o its Resident Agent
  Damon Z. Bellamy-Bey
  3824 Evergreen Ave.
  Baltimore, Maryland 21206-3422

**Receipt 5 (bottom left)** — 7005 1820 0002 8260 4047
- Postage: $.39
- Certified Fee: 2.40
- Return Receipt Fee: 1.85
- Total: $4.64
- Sent To: 10095-0001
  Baltimore Window Factory, Inc
  c/o Jack N Stout
  8871 Citation Road
  Baltimore, Maryland 21221

**Receipt 6 (bottom right)** — 7005 1820 0002 8260 4030
- Postage: $.39
- Certified Fee: 2.40
- Return Receipt Fee: 1.85
- Total: $4.64
- Sent To: 10095-0001
  Baltimore Gas & Electric Co.
  2 Center Plaza
  110 West Fayette Street
  Baltimore, Maryland 21201



**Certified Mail Receipts:**

Receipt 1 (7005 1820 0002 8260 4904):
- Postage: $.39
- Certified Fee: 2.40
- Return Receipt Fee: 1.85
- Total: $4.64
- Sent To: 10095-0001
  Randa Azzam
  122 N. Alfred Street
  2nd Floor
  Alexandria, VA 22314
- Postmark: Owings Mills, MD, JAN 2006

Receipt 2 (7005 1820 0002 8260 4054):
- Postage: $.39
- Certified Fee: 2.40
- Return Receipt Fee: 1.85
- Total: $4.64
- Sent To: 10095-0001
  National Railroad Passenger Corporation
  60 Massachusetts Ave., N E
  Washington, D.C. 20002
- Postmark: Owings Mills, MD, JAN 30 2006

Receipt 3 (7005 1820 0002 8260 4085):
- Postage: $.39
- Certified Fee: 2.40
- Return Receipt Fee: 1.85
- Total: $4.64
- Sent To: 10095-0001
  William Donald Schaffer
  Maryland Comptroller
  P. O. Box 466
  Goldstein Treasury Building
  80 Calvert St.
  Annapolis, MD 21404 - 0466
- Postmark: Owings Mills, MD, JAN 2006

Receipt 4 (7005 1820 0002 8260 4078):
- Postage: $.39
- Certified Fee: 2.40
- Return Receipt Fee: 1.85
- Total: $4.64
- Sent To: 10095-0001
  Rashad Anthony Holloway
  1894 Savannah Place
  Washington, D.C. 20020
- Postmark: Owings Mills, MD, JAN 2006

Receipt 5 (7005 1820 0002 8260 4115):
- Postage: $.39
- Certified Fee: 2.40
- Return Receipt Fee: 1.85
- Total: $4.64
- Sent To: 10095-0001
  Damon Z. Bellamy-Bey
  P O. Box 11735
  Baltimore, Maryland 21206
- Postmark: Owings Mills, MD, JAN 2006