**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)**

| | | |
|---|---|---|
| **BUSINESS LENDERS, LLC** | * | |
| **PLAINTIFF,** | * | |
| V. | * | **CASE NO.: L 02 CV 2092** |
| **DAMON Z. BELLAMY-BEY** *et al*. | * | |
| **DEFENDANTS.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**TO THE HONORABLE, THE JUDGES OF SAID COURT:**

This report of Jeremy S. Friedberg and Andrew L. Cole, Substitute Trustees, respectfully represents:

That the debts and interest secured by said Deed of Trust being due and unpaid, the Substitute Trustees became vested with the power of sale authorized by said Deed of Trust and, after giving the notice required by law of the time, place, manner and terms of sale by advertising in The Daily Record, a newspaper of general circulation published in Baltimore, Maryland, and mailing a copy of said advertisement of sale by certified and regular mail to the Defendants' last known address, and by sending notice to all necessary parties, as set forth in the Rule 14-206 affidavit of Substitute Trustees, as required by law, by certified and regular mail; Andrew L. Cole, Substitute Trustee, pursuant to said notice attended such sale at the time and place as set forth in said advertisement and did then and there offer for sale the real property known as 1817 Laurens Street, Baltimore (City), Maryland, and further described in the Deed of Trust, to the highest bidder for cash, and did then and there sell the said property to the purchasers, Reginald Weston and Sean Weston, for $190,000.00, said purchasers being then and there the highest bidder therefor.  Said purchaser has expressed itself

ready and willing to pay the purchase price aforesaid upon ratification of the sale by this Honorable Court . To the Substitute Trustees' knowledge, information and belief, the foreclosure sale was fair and the statements in the Report of Sale are true and accurate.

I DO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING DOCUMENT ARE TRUE AND CORRECT AND THE SALE REPORTED THEREIN WAS FAIRLY MADE.

Date: <u>February 28, 2006</u>        <u>     /s/ Andrew L. Cole           </u>
Jeremy S. Friedberg
Andrew L. Cole
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, Maryland 21117
(410) 581-7400
(410) 581-7410 (Fax)

*Substitute Trustees*