**UNITED STATES DISTRICT COURT**
FOR THE **DISTRICT OF MARYLAND** (**NORTHERN DIVISION**)

| | | |
|---|---|---|
| **BUSINESS LENDERS, LLC** | * | |
|     **PLAINTIFF,** | * | |
| V. | * | **CASE NO.: L 02 CV 2092** |
| **DAMON Z. BELLAMY-BEY** *et al.* | * | |
|     **DEFENDANTS.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**LINE REQUESTING RATIFICATION OF SALE**

Jeremy S. Friedberg and Andrew L. Cole, Substitute Trustees ("Trustees"), respectfully request that the Court enter the attached ratification order pursuant to Maryland Rule 14-205(e), and state as follows:

1. The Court issued a Notice of Sale on March 7, 2006.

2. Trustees caused the Notice of Sale to be published in the Maryland Daily Record, a newspaper of general circulation in the City of Baltimore, in accordance with Maryland Rule 14-305(c), as set forth in the attached certification of publication.

3. 30 days have passed since the Court's issuance of the Notice of Sale, no exceptions having been filed, the sale is ripe for ratification.

Date: <u>April 11, 2006</u>     <u>     /s/ Andrew L. Cole     </u>
                                                         Jeremy S. Friedberg, Fed. Bar No. 10638
                                                      Andrew L. Cole, Fed. Bar No. 14865
                                                        Leitess Leitess Friedberg + Fedder PC
                                                     One Corporate Center
                                                     10451 Mill Run Circle, Suite 1000
                                                     Owings Mills, Maryland 21117
                                                     (410) 581-7400
                                                     (410) 581-7410 (Fax)

                                                     *Substitute Trustees*