# THE DAILY RECORD

Baltimore, March 23, 2006

Case #L-02-CV-2092 - BUSINESS LENDERS, LLC v. DAMON Z. BELLAMY-bEY, ET AL.

Inv:# 30357772

We hereby certify that the annexed advertisement of Case #L-02-CV-2092 - BUSINESS LENDERS, LLC v. DAMON Z. BELLAMY-bEY, ET AL. was published in THE DAILY RECORD, a daily newspaper published in the City and County of Baltimore on 03/09/2006, 03/16/2006, 03/23/2006.

First insertion March 9, 2006

THE DAILY RECORD COMPANY

Per *[signature: Darlene Miller]*

---

Jeremy S. Friedberg and
Andrew L. Cole, Substitute Trustees,
Leitess Leitess Friedberg & Fedder PC,
One Corporate Center,
10451 Mill Run Circle, Suite 1000,
Owings Mills, Maryland 21117.
(410) 581-7400.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)
CASE NO.: L-02-CV-2092 - BUSINESS LENDERS, LLC, PLAINTIFF V. DAMON Z. BELLAMY-BEY, et al., DEFENDANTS.

NOTICE OF SALE

Notice is hereby issued pursuant to Maryland Rule 14-305(c) by the United States District Court for the District of Maryland, that the sale of the property known as 1817 Laurens Street, Baltimore, Maryland 21217 and mentioned in these proceedings, made and reported by Jeremy S. Friedberg and Andrew L. Cole, Substitute Trustees, be ratified and confirmed, unless cause to the contrary thereof be shown on or before the date thirty days after the date hereof (provided, a copy of this notice be inserted in a newspaper published in said county, once in each of three successive weeks, before the expiration of 30 days from the date hereof).

The Report of Sale states the amount of the sale to be $190,000.00.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
DATED: March 7, 2006
BY: Shirley Franke, Clerk
mh9,16,23