UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)

| | |
|---|---|
| BUSINESS LENDERS, LLC | * |
| PLAINTIFF, | |
| v. | CASE NO.: L 02 CV 2092 |
| DAMON Z. BELLAMY-BEY et al. | |
| DEFENDANTS. | |
| | * |

### ORDER RATIFYING FORECLOSURE SALE OF
### 1817 LAURENS STREET, BALTIMORE, MARYLAND

It is hereby ORDERED by the United States District Court for the District of Maryland (Baltimore Division) that the sale of real property known as 1817 Laurens Street, Baltimore, Maryland, made and reported by the Substitute Trustees, be and the same is hereby finally ratified and confirmed, no cause to the contrary having been shown, due notice having been given, and the Substitute Trustees are allowed the usual commissions as such proper expenses as they shall produce vouchers to the Auditor.

Date: Apr. 12, 2006

_____
JUDGE, UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (BALTIMORE DIVISION)

cc:

Jeremy S. Friedberg
Andrew L. Cole
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, Maryland 21117