UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)

BUSINESS LENDERS, LLC

PLAINTIFF,

CASE NO.: L 02 CV 2092

DAMON Z. BELLAMY-BEY et al.

DEFENDANTS.

\*

### ORDER SUBSTITUTING PURCHASER FOR 1817 LAURENS STREET, BALTIMORE, MARYLAND

The Court has considered the *Ex Parte Application to Substitute Purchasers for 1817 Laurens Street, Baltimore, Maryland*, and determined that the relief requested therein appears appropriate under the circumstances, therefore, for good shown, it is:

**ORDERED**, that Sean Weston (the "Substitute Purchaser") shall be substituted in place and in stead of Reginald Weston (the "Original Purchaser") as purchaser at the foreclosure sale of real property located at 1817 Laurens Street, Baltimore, Maryland (the "Premises") conducted on February 8, 2006, by Jeremy S. Friedberg and Andrew L. Cole, Substitute Trustees (the "Sellers"); and it is further

**ORDERED**, that upon receipt of the balance of the purchase price due under the contract of sale entered into between Original Purchaser and Sellers (the "Contract"), Sellers are authorized to execute and deliver a deed to 1817 Laurens Street, Baltimore, Maryland, to the Substituted Purchaser and to execute such other and further documentation as may be required to effectuate the sale; and it is further

**ORDERED**, that the Original Purchaser shall remain liable on the Contract should Substitute Purchaser default.

Dated May 3, 2006

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

cc:

Jeremy S. Friedberg, Esq.
Andrew L. Cole, Esq.
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, Maryland 21117

*Attorneys for Business Lenders, LLC
and in their capacities as Substitute Trustees*