**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)**

| | | |
|---|---|---|
| **BUSINESS LENDERS, LLC** | * | |
|     **PLAINTIFF,** | * | |
| **V.** | * | **CASE NO.: L 02 CV 2092** |
| **DAMON Z. BELLAMY-BEY** *et al.* | * | |
|     **DEFENDANTS.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER DIRECTING TRUSTEES TO RE-SELL PROPERTY**

The Court has considered the *Petition to Order Resale of Property at Sole Risk and Expense of Defaulting Purchaser at Foreclosure Sale*, and determined that the relief requested therein appears appropriate under the circumstances, therefore it is:

**ORDERED**, that the foreclosure sale previously ratified by this Court on April 12, 2006, is set aside; and it is further

**ORDERED,** that the Trustees shall re-notice and re-sell real property known as 1817 Laurens Street, Baltimore, Maryland pursuant to the provisions of Maryland Rule 14-201 *et seq.*, at the risk and expense of the defaulting purchasers.

Date: _____

                                      JUDGE, UNITED STATES DISTRICT COURT FOR THE
                                         DISTRICT OF MARYLAND (BALTIMORE DIVISION)

cc:

Jeremy S. Friedberg
Andrew L. Cole
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, Maryland 21117

2

Reginald Weston
Weston Investments
2 Asgard Ct.
Parkville, Maryland 21234-5905

Sean Weston
c/o Reginald Weston
2 Asgard Ct.
Parkville, Maryland 21234-5905

Lawrence S. London, Esq.
Clear Title
10 W. Sudbrook Lane
Baltimore, Maryland 21208

Damon Z. Bellamy-Bey
P.O. Box 11735
Baltimore, Maryland 21206