UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)

| | | |
|---|---|---|
| **BUSINESS LENDERS, LLC** | * | |
| **PLAINTIFF,** | * | |
| v. | * | **CASE NO.:** L 02 CV 2092 |
| **DAMON Z. BELLAMY-BEY** *et al.* | * | |
| **DEFENDANTS.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**LINE WITHDRAWING PETITION TO ORDER RESALE OF PROPERTY AT SOLE RISK AND EXPENSE OF DEFAULTING PURCHASER AT FORECLOSURE SALE**

Jeremy S. Friedberg and Andrew L. Cole, Substitute Trustees ("Trustees"),

hereby withdraw their *Petition to Order Resale of Property at Sole Risk and Expense of Defaulting Purchaser at Foreclosure Sale* filed May 30, 2006.


Date: June 16, 2006         /s/ Andrew L. Cole
Jeremy S. Friedberg, Fed. Bar No. 10638
Andrew L. Cole, Fed. Bar No. 14865
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, Maryland 21117
(410) 581-7400
(410) 581-7410 (Fax)

*Substitute Trustees*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on this 16th day of June, 2006, a copy of the foregoing document was served, *via* first class mail, postage pre-paid, upon:

Reginald Weston
Weston Investments
2 Asgard Ct.
Parkville, Maryland 21234-5905

Sean Weston
c/o Reginald Weston
2 Asgard Ct.
Parkville, Maryland 21234-5905

Damon Z. Bellamy-Bey
P.O. Box 11735
Baltimore, Maryland 21206

    /s/ Andrew L. Cole
    Andrew L. Cole