UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)

| | | |
|---|---|---|
| BUSINESS LENDERS, LLC | * | |
| PLAINTIFF, | * | |
| V. | * | CASE NO.:  L 02 CV 2092 |
| DAMON Z. BELLAMY-BEY *et al*. | * | |
| DEFENDANTS. | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

### LINE REQUESTING APPOINTMENT OF AUDITOR

Jeremy S. Friedberg and Andrew L. Cole, Substitute Trustees, pursuant to MD Rule 2-543, respectfully request that the Court appoint an Auditor to state a final account pursuant to Maryland Rule 14-305(f).  Unless the Court has a preference regarding the auditor, the Substitute Trustees propose John D. Newell, Esq., P.O. Box 308, Annapolis, MD 21404, who is one of the standing auditors for the Anne Arundel County Circuit Court, and who has performed foreclosure audits in the past for this Court.

            /s/ Jeremy S. Friedberg
Jeremy S. Friedberg, Substitute Trustee
Andrew L. Cole, Substitute Trustee
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, MD 21117
(410) 581-7400
(410) 581-7410 (Fax)

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY**, that on this 27th day of June, 2006, a copy of the foregoing was sent *via* first class mail, postage prepaid, to:

Damon Z. Bellamy-Bey
P.O. Box 11735
Baltimore, Maryland 21206

_____/s/ Jeremy S. Friedberg_____
Jeremy S. Friedberg