UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)

| | | |
|---|---|---|
| BUSINESS LENDERS, LLC | * | |
| PLAINTIFF, | * | |
| V. | * | CASE NO.: L 02 CV 2092 |
| DAMON Z. BELLAMY-BEY ET AL. | * | |
| DEFENDANTS. | * | |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

## ORDER APPOINTING AUDITOR

It is ORDERED, by the United States District Court for the District of Maryland, that

_____ ("Auditor") is hereby appointed special auditor

pursuant to Maryland Rule 2-543, for the purpose of stating an account for distribution

of foreclosure sale proceeds from the sale made on February 8, 2006, and reported by

the Trustees, Jeremy S. Friedberg, Esq. and Andrew L. Cole, Esq. (collectively the

"Trustees"), of real property known as 1817 Laurens Street, Baltimore, Maryland; and it

is further

ORDERED, that the Trustees shall, within 30 days after entry of this Order, submit

a proposed accounting (the "Proposed Accounting") to the Auditor; and it is further

ORDERED, that the Auditor shall, within 30 days after his/her receipt of the

Proposed Accounting, state his/her account to this Court.

Date: _____        _____

JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

cc:
(continued on following page)
Jeremy S. Friedberg, Esquire

Andrew L. Cole, Esquire
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, MD 21117