

Andrew L. Cole (MD, VA & FL)
Tel 410.581.7408
andrew.cole@llff.com

July 18, 2006

Via ECF

Honorable Benson E. Legg
United States District Judge
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD  21201

    Re:    *Business Lenders, LLC v. Damon Z Bellamy/Z'Lacod, Inc. d/b/a Peachtree II Carwash* Case No.: 1:02-cv-02092-BEL

Dear Judge Legg:

    Please find attached a proposed order appointing John Newell as auditor for the proceeds received from the foreclosure sale conducted in this case.  Mr. Newell is a standing auditor for the Circuit Court for Anne Arundel County, and has previously been appointed as a foreclosure sale auditor by this Court.

    Respectfully,

    **LEITESS LEITESS FRIEDBERG + FEDDER PC**

    By:    /s/ Andrew L. Cole
           Andrew L. Cole

ALC/alc
enclosure

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)**

| | | |
|---|---|---|
| **BUSINESS LENDERS, LLC** | * | |
| **PLAINTIFF,** | * | |
| V. | * | **CASE NO.: L 02 CV 2092** |
| **DAMON Z. BELLAMY-BEY ET AL.** | * | |
| **DEFENDANTS.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER APPOINTING AUDITOR**

It is **ORDERED**, by the United States District Court for the District of Maryland, that John D. Newell ("Auditor") is hereby appointed special auditor pursuant to Maryland Rule 2-543, for the purpose of stating an account for distribution of foreclosure sale proceeds from the sale made on February 8, 2006, and reported by the Trustees, Jeremy S. Friedberg, Esq. and Andrew L. Cole, Esq. (collectively the "Trustees"), of real property known as 1817 Laurens Street, Baltimore, Maryland; and it is further

**ORDERED**, that the Trustees shall, within 30 days after entry of this Order, submit a proposed accounting (the "Proposed Accounting") to the Auditor; and it is further

**ORDERED**, that the Auditor shall, within 30 days after his/her receipt of the Proposed Accounting, state his/her account to this Court.

Date: _____          _____
                                                                            JUDGE, UNITED STATES DISTRICT COURT
                                                                              FOR THE DISTRICT OF MARYLAND

cc:
(continued on following page)

Jeremy S. Friedberg, Esquire
Andrew L. Cole, Esquire
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, MD 21117