**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

'06 JUL 20  P 3:43

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | | |
|---|---|---|
| **BUSINESS LENDERS, LLC** | * | |
| **PLAINTIFF,** | * | |
| V. | * | **CASE NO.: L 02 CV 2092** |
| **DAMON Z. BELLAMY-BEY ET AL.** | * | |
| **DEFENDANTS.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER APPOINTING AUDITOR**

It is **ORDERED**, by the United States District Court for the District of Maryland, that John D. Newell ("Auditor") is hereby appointed special auditor pursuant to Maryland Rule 2-543, for the purpose of stating an account for distribution of foreclosure sale proceeds from the sale made on February 8, 2006, and reported by the Trustees, Jeremy S. Friedberg, Esq. and Andrew L. Cole, Esq. (collectively the "Trustees"), of real property known as 1817 Laurens Street, Baltimore, Maryland; and it is further

**ORDERED**, that the Trustees shall, within 30 days after entry of this Order, submit a proposed accounting (the "Proposed Accounting") to the Auditor; and it is further

**ORDERED**, that the Auditor shall, within 30 days after his/her receipt of the Proposed Accounting, state his/her account to this Court.

Date: 7/19/06

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

cc:
(continued on following page)