JOHN D. NEWELL, J.D., P.A.

621 RIDGELY AVE., SUITE 400
P. O. BOX 308
ANNAPOLIS, MARYLAND 21404

JOHN D. NEWELL
jdn@jnewelljdpa.com

AREA CODE 410
573-2992
573-2993
573-2934
FACSIMILE 573-5358

September 26, 2006

Felicia Cannon
Clerk of Court for the Northern Division,
United States District Court for the
District of Maryland
Garmatz Federal Courthouse
101 W. Lombard St.
Baltimore, MD 21201

Re: *Case No. L-02-CV 2092*
    *Business Lenders, LLC v. Damon Z. Bellamy-Bey, et. al.*

Dear Madam Clerk:

Enclosed please find my court-ordered audits in the above matter. In accordance with
Maryland Rule 2-543, copies have been sent to all parties.

Very truly yours,

John D. Newell

cc:  Jeremy Friedberg, Esq.
     Andrew L. Cole, Esq.

JDN/

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MARYLAND

BUSINESS LENDERS, LLC      *
         Plaintiff          *

                             *

                             *    Case No.:  L 02 CV 2092

                             *

DAMON Z. BELLAMY-BEY, ET. AL.      *
         Defendants          *

### REPORT OF COURT AUDITOR

      The Auditor reports to the Court that he has examined the proceedings in the above entitled cause, and from them he has stated the within account, and that he has this day given notice of the filing of this account to all parties and persons who have flied a claim to the proceeds of sale herein, in accordance with Maryland Rule 2-543(e).

      All of which is respectfully submitted:

         September 26, 2006

                                  _____
                                    John D. Newell

**Sale of Real Estate k/a**
**1817 Laurens St.**
**Baltimore, Maryland 21217**

| | | | |
|---|---|---|---|
| **Proceeds of Sale: February 8, 2006** | | | $190,000.00 |
| Interest to settlement date: | | | $6,819.73 |
| | | | |
| **Expenses of Proceeding:** | | | |
| Clerk, U.S. Dist. Ct. for Maryland, filing fee: | | $150.00 | |
| | | | |
| Publication Costs | | | |
| Advertisement of Sale: | $1,252.80 | | |
| Order Nisi: | $343.44 | $1,596.24 | |
| | | | |
| BSC America, Auctioneer's fee of 2%: | | $3,800.00 | |
| | | | |
| Mayer & Steinberg, Inc., Trustee's bond premium: | | $1,400.00 | |
| | | | |
| Bridge Service Corp., for title report: | | $240.00 | |
| | | | |
| Jeremy S. Friedberg and Andrew L. Cole, Trustees, | | | |
| Commissions, per Deed of Trust: | | $9,500.00 | |
| | | | |
| Auditor's Fee for Stating Account: | | $350.00 | |
| | | | |
| Miscellaneous: | | | |
| Certified Mail: | $69.18 | | |
| Property preservation expense: | $1,796.30 | | |
| | | $1,865.48 | |
| | | | |
| **Distribution:** | | | |
| Business Lenders, LLC, Noteholder | | | |
| Claim in Full: | $375,461.69 | | |
| Interest from 8/8/06 thru 10/2/06 | $1,093.95 | | |
| | | $376,555.64 | |
| Balance Subject to Decree *in personam*: | | | $198,637.63 |
| | | $395,457.36 | $395,457.36 |