UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>**BENSON EVERETT LEGG**<br>Chief Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>(410) 962-0723 |

October 10, 2006

MEMORANDUM TO COUNSEL RE:    <u>Business Lenders, LLC v. Damon Z. Bellamy-Bey</u>
Civil No. L-02-2092

Dear Counsel:

  The Court notes that Mr. Newell filed his report on September 26, 2006, and that Mr. Bellamy-Bey has not filed any exceptions to that report.

  Should Mr. Bellamy-Bey wish to make an exception, he must file it on or before Monday, October 23, 2006. On that date, Business Lenders is invited to submit a proposed order for the Court's review.

  Despite this memorandum's informal nature, it constitutes the Court's Order. The Clerk is directed to docket it accordingly.

Very truly yours,

/s/

Benson Everett Legg