UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)

BUSINESS LENDERS, LLC           *

    PLAINTIFF,

V.                              CASE NO.: L 02 CV 2092

DAMON Z. BELLAMY-BEY ET AL.

    DEFENDANTS.

   *     *     *

### ORDER RATIFYING AUDIT

It is **ORDERED**, by the United States District Court for the District of Maryland, that the audit stated to this Court by John D. Newell, Esq., on September 26, 2006, is hereby ratified, no timely exceptions thereto having been filed; and it is further

**ORDERED**, that Jeremy S. Friedberg and Andrew L. Cole, Substitute Trustees, are authorized and directed to disburse the foreclosure sale proceeds held by them in accordance with the audit ratified by this Order.

Date: 10/27/2006

JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

cc:
Jeremy S. Friedberg, Esquire
Andrew L. Cole, Esquire
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, MD 21117